JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC STORAGE, a business of unknown form; DOE, a business of unknown form; and DOES 2-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-09246-RGK-E<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

4829-2146-5253.1

[PROPOSED] ORDER
GRANTING DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Defendant Public Storage ("Defendant"), the Court hereby enters a dismissal of this action with prejudice, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: September 17, 2019

*[signature: Gary Klausner]*
UNITED STATES DISTRICT JUDGE